No. 88–355.  UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, SOCIAL SECURITY ADMINISTRATION v. FEDERAL LABOR RELATIONS AUTHORITY ET AL.  C. A. 4th Cir.

Certiorari dismissed under this Court's Rule 53.